448 A.2d 1187

Commonwealth v. Oleyar, Appellant.

Argued May 11, 1982. Nicholas Mark Panko, for appellant; Adam D. Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1188

Commonwealth v. Perno, Appellant.

Submitted March 15, 1982. David John Graban, for appellant; Samuel J. Orr, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.